### (January 12, 1978)

■ In the Matter of CALVIN SNYPE, Petitioner, v WILLIAM KAPELMAN et al., Respondents.—Application in the nature of a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. The stay dated December 12, 1977, affixed to the notice of petition is vacated. No opinion. Concur—Murphy, P. J., Birns, Silverman and Markewich, JJ.

■ In the Matter of JACK ZUCKERMAN, as President of the Council of Supervisors and Administrators of the City of New York, Local 1, American Federation of School Administrators, AFL-CIO, et al., Appellants, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 28, 1977, unanimously affirmed, without costs and without disbursements (see L 1977, ch 429). No opinion. Concur—Lupiano, J. P., Evans, Lane and Markewich, JJ.